AO91 (Rev. 12/03)  Criminal Complaint                               AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
**vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-02160

Juan RODRIGUEZ
IAE
Mexico 1979

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 09, 2018** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Juan RODRIGUEZ was encountered by Border Patrol Agents near Rio Grande City, Texas on March 10, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on March 9, 2018 by rafting across the Rio Grande River near the Rio Grande City, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

/S/ Benavides, Renatto  Border Patrol Agent
Signature of Complainant

Benavides, Renatto    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 11, 2018                                at    McAllen, Texas
Date                                                      City/State

J Scott Hacker         U.S. Magistrate Judge
Name of Judge         Title of Judge                                Signature of Judge