UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Criminal Case 7:18–po–02160 |
| | § | |
| Juan Rodriguez | § | |

ORDER

This Order memorializes the Court's prior findings, after reviewing the criminal complaint in the above styled and numbered cause, that there is probable cause to believe that the offense stated in the complaint was committed, and that the Defendant committed said offense.

SIGNED on March 12, 2018, at McAllen, Texas.

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE